UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2845 AHM<br>United States Bankruptcy Court for the Central District<br>09-32466 AA | Date | March 11, 2011 |
|---|---|---|---|
| Title | Grant African Methodist Episcopal Church of Los Angeles v. Leslie R. White | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

  The Court construes the parties' failure to timely respond to the Court's March 1, 2011 Order as implicit confirmation that in dismissing the adversary proceeding they were also seeking to dismiss this action.

  Accordingly, this action is DISMISSED. The clerk shall close the file.

**JS-6**

                              :
               Initials of Preparer   SMO

cc: **Bankruptcy Court**